UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYLEE QUINONES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MONTEFIORE MEDICAL CENTER, et al.,<br><br>　　　　　　　　　　Defendants. | 24 Civ. 1516 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

　　An order issued March 1, 2024, scheduled an initial pre-trial conference for May 1, 2024, and directed the parties to file a joint status letter and proposed case management plan by April 24, 2024. *See* ECF No. 5. On March 28, 2024, Defendants each appeared. *See* ECF Nos. 9, 10. On April 15, 2024, Defendants moved to dismiss. *See* ECF No. 13. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the Complaint once as a matter of course. Plaintiff has not amended her Complaint.

　　Accordingly, it is hereby **ORDERED** that Plaintiff shall file any amended complaint by **May 3, 2024**. Any amended complaint shall be filed with a redline showing all differences between the original and revised filing.

　　If Plaintiff does amend, by **May 17, 2024**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny their previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, Plaintiff shall file her opposition by **June 5, 2024**, and Defendants shall file any reply by **June 14, 2024**.

　　If Plaintiff does not file an amended complaint, Plaintiff shall file her opposition to the motion to dismiss by **May 3, 2024**. Defendants' reply shall be filed by **May 17, 2024**. The parties are apprised that the deadline to submit conference materials and the date of the initial pretrial conference remain the same, pending further order.

　　SO ORDERED.

Dated: April 16, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge