

**FISHER | TAUBENFELD** LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: liane@fishertaubenfeld.com
Writer's direct dial: (212) 384-0262

Application **GRANTED.** Plaintiff shall file any Amended Complaint or opposition to the motion to dismiss by **May 17, 2024.** So Ordered.

The Clerk of Court is respectfully requested to close the motion at ECF No. 21.

Dale E. Ho
United States District Judge
Dated: May 1, 2024
New York, New York

**VIA ECF**
District Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Sq
New York, NY, 10007

Re:   Quinones v. Montefiore Medical Center et al.
       **Civil Action No.: 1:24-cv-01516-DEH**

Dear Judge Ho;

This firm represents Plaintiff in the above-referenced matter. We write with the consent of Defendants to request a 14-day extension to oppose Defendants' motion to dismiss, from May 3, 2024 to May 17, 2024. Plaintiff's counsel has been experiencing complications from a recent surgery, caught COVID, and is now caring for two of her children who have also contracted COVID. This is the first request for an extension of the opposition deadline.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Liane Fisher, Esq.*

cc:   Emily Gaines, Emily Haigh, Littler Mendelson, P.C. (via ECF)

1