UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYLEE QUINONES,<br><br>                               Plaintiff,<br><br>v.<br><br>MONTEFIORE MEDICAL CENTER, et al.,<br><br>                               Defendants. | 24 Civ. 1516 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued March 1, 2024, scheduled an initial pretrial conference and directed the parties to file a joint status letter and proposed case management plan one week in advance of the conference. *See* ECF No. 5. On April 15, 2024, Defendants moved to dismiss. *See* ECF No. 13. An order issued April 19, 2024, adjourned the conference and the deadline to submit materials in light of the parties' consent to such an adjournment. *See* ECF No. 16. On May 16, 2024, Plaintiff filed an Amended Complaint. *See* ECF No. 23. On June 17, 2024, Defendants filed an answer to the Amended Complaint. *See* ECF No. 26.

      It is hereby **ORDERED** that the initial pretrial conference is **RESCHEDULED** for **July 17, 2024, at 4:00 P.M. EST**. The parties shall join the conference by dialing (646) 453 – 4442 and entering the conference ID: 304 399 449, followed by the pound sign (#). The parties shall file a joint status letter and proposed case management plan, as described in the March 1 order, by **July 10, 2024**.

      It is further **ORDERED** that Defendants' motion to dismiss is **DENIED**, as moot.

The Clerk of Court is respectfully directed to close the motion at ECF No. 13.

SO ORDERED.

Dated: June 18, 2024
New York, New York

*[signature]*
DALE E. HO
United States District Judge