

> Application **GRANTED.** The conference scheduled for July 17, 2024, is **ADJOURNED** to **August 14, 2024, at 3:30 P.M. EST.** The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 304 399 449, followed by the pound sign (#). The parties shall file the required materials by **August 7, 2024.** So Ordered.
>
> Dale E. Ho
> United States District Judge
> Dated: June 24, 2024
> New York, New York

June 24, 2024

**VIA ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Raylee Quinones v. Montefiore Medical Center et al.*
     Case No. 1:24-cv-01516 (DEH)

Dear Judge Ho:

We represent Defendants Montefiore Medical Center and Woodrow Whitaker (collectively, "Defendants") in the above referenced action. We write, pursuant to Rule 2(e) of Your Honor's Individual Rules, to ask that the initial pretrial conference scheduled for July 17, 2024 be adjourned to August 6, 2024, August 12, 2024, August 13, 2024, or a date soon thereafter. Defendants' counsel is unavailable on July 17, 2024, because of a trial scheduled for that day in *Jose Campodonico vs. Alliance Maintenance* pending at the Division of Human Rights (Case No. 10212756). This is the parties' second request for an adjournment. The Court previously granted the parties' request to adjourn the pretrial conference pending resolution of Defendants' motion to dismiss.

Plaintiff's counsel consents to this request for an adjournment.

Respectfully submitted,

*/s/ Emily C. Haigh*

Emily C. Haigh

littler.com