UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Raylee Quinones,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Montefiore Medical Center, et al.,<br><br>　　　　　　Defendants. | 24 Civ. 1516 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On August 7, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for August 14, 2024. *See* ECF. No. 33. No significant issues are presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar. The case management plan will issue separately.

SO ORDERED.

Dated: August 8, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge