UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYLEE QUINONES,<br><br>      Plaintiff(s),<br><br>    v.<br><br>MONTEFIORE MEDICAL CENTER, and WOODROW WHITTAKER,<br><br>      Defendants. | 24-CV-1516 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On August 11, 2025, Defendants filed a Motion to Strike Plaintiff's opposition to their motion for summary judgment. ECF No. 45. It is hereby ORDERED that Plaintiff shall file any opposition to Defendants' Motion to Strike **by Friday, August 15, 2025**. Any such opposition shall not exceed three (3) pages.

SO ORDERED.

Dated: August 12, 2025
    New York, New York

                      DALE E. HO
                   United States District Judge