UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Quinones,<br><br>                    Plaintiff,<br><br>        v.<br><br>Montefiore Medical Center et al.,<br><br>                    Defendants. | 24-CV-1516 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On May 20, 2025, Defendants filed a motion for summary judgment. ECF No. 45. On July 23, 2025, Plaintiff filed her memorandum of law in opposition to Defendants' motion, which was 41-pages long. ECF No. 53. Defendants subsequently moved to strike Plaintiff's opposition as violative of this Court's Individual Rule 4(c)(ii) and this District's Local Civil Rule 7.1, under which Plaintiff's opposition should have not exceeded 25 pages. *See* Mot. to Strike, ECF No. 57. Plaintiff opposed Defendant's Motion to Strike, explaining that she "exceeded the page limit due largely to the extensive facts in this case, which transpired over the course of approximately seven years and required 12 pages to adequately explain." Pl.'s Opp'n to Defs.' Mot. to Strike at 2, ECF No. 61. Plaintiff requested that this Court "deny Defendants' motion and grant [her] leave, *nunc pro tunc*, to exceed the page limit." *Id.*

It is hereby ORDERED that Defendants' Motion to Strike is GRANTED and Plaintiff's request is DENIED. Plaintiff shall file her opposition to Defendants' motion for summary judgment by Friday, August 22, 2025. Any Reply shall be filed by September 12, 2025.

SO ORDERED. The Clerk of Court is respectfully directed to strike ECF No. 53.

Dated: August 18, 2025
       New York, New York

                                                    _____
                                                    DALE E. HO
                                                    United States District Judge