UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Quinones,<br><br>                       Plaintiff(s),<br><br>       v.<br><br>Montefiore Medical Center et al.,<br><br>                   Defendant(s). | 24-CV-1516 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The parties shall appear for a conference in this matter on **May 27, 2026** at **11 A.M.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 439 814 928, followed by the pound (#) sign**.**

SO ORDERED.

Dated: May 26, 2026
       New York, New York

                              DALE E. HO
                    United States District Judge