**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 RAYLEE QUINONES,

                      Plaintiff,

      -against-                                24 **CIVIL** 1516 (DEH)

                                                   **JUDGMENT**

MONTEFIORE MEDICAL CENTER, and
WOODROW WHITAKER,

                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated June 25, 2026, Defendants' Motion

for Summary Judgement is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     June 29, 2026

                                    **TAMMI M. HELLWIG**

                                   **Clerk of Court**

                **BY:**              K. mango

                                   **Deputy Clerk**